Charles H Krumbein, Esq
Krumbein & Associates, PLLC
1650 Willow Lawn Drive
Richmond, Va 23230
804 673 4358

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In Robert Eugene Nicholls | Case: 09-37219 |
| Ann McGalliard Nicholls | DOT now KLP |
| Debtors | |

**NOTICE OF MOTION
Hearing**

Charles H Krumbein, Esq. attorney for the Debtor's herein has filed papers with the court to Reopen the joint Debtor's Chapter 13 Bankruptcy case. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before February 18, 2015 (7days prior to the hearing) you or your attorney must:

File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Va 23219

You must also mail a copy to:

Charles H Krumbein, Esq
1650 Willow Lawn Drive,
Richmond Va 23230

**\*\*\*\* Attend the hearing on the motion scheduled to be held on February 25, 2015 at10:00am. at United States Bankruptcy Court, 701 East Broad Street Room 5001 Richmond, Va 23219**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.
Date: January 23, 2015

/S/ Charles H Krumbein
Charles H Krumbein, Esq.
1650 Willow Lawn Drive
RIchmond, VA 23230
Virginia State Bar No. 01234

In Robert Eugene Nicholls
Ann McGalliard Nicholls
   Debtors

Certificate of Service
I hereby certify that I have this 23 day of January, 2015, mailed to and served upon all other interested parties by CM/ECF or US Mail a true copy of the foregoing Notice of Motion

/S/ Charles H Krumbein
Charles H Krumbein, Esq.

Charles H Krumbein, Esq
Krumbein & Associates, PLLC
1650 Willow Lawn Drive
Richmond, Va 23230
804 673 4358