# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  
Charles Krumbein

**In re:**  Robert Eugene Nicholls  
Ann McGalliard Nicholls  
**Case Number**  09–37219–DOT  
**Chapter**  13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*39* – Motion to Reopen Case filed by Charles H. Krumbein of Krumbein Consumer Legal Services, Inc. on behalf of Ann McGalliard Nicholls, Robert Eugene Nicholls. (Krumbein, Charles)

**REQUIREMENTS OF FORM/PROCESS:**

— Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

— Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

—

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

— Not accompanied by Certification Regarding Request for Expedited Hearing*.

—

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

— Not accompanied by proof of service indicating service of motion upon parties required to be served.

— Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

— Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

—

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

— Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

— Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

**X** Date, time and/or location omitted or incorrect in Notice of Hearing.

— Notice of Hearing/Response not properly linked to Motion/Application/Objection

—

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov

Date:  January 27, 2015                              CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Candace Manley, Deputy Clerk  
Direct Dial Telephone No. 804–916–2410

[igmotionvOct2013.jsp]